**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 99-6857**

————————————

JEFFREY ROY CROSBY,

Plaintiff - Appellant,

versus

ROBBIE BAIRD, United States Probation Officer;
WILLIAM DAY, Assistant United States Attorney;
KEVIN HARVEY, Special Agent; EDWARD SAVERANCE,
Senior United States Marshall; JOHN LAMBERT,
Administrator of Florence County Detention
Center; DAVID KNIGHT, South Carolina Law En-
forcement Division; DEBRA O. JACKSON, Attorney
at Law; DIXIE WELCH; WENDY COX; MICHAEL RAY;
VINCE FLAMINI,

Defendants - Appellees.

————————————

Appeal from the United States District Court for the District of
South Carolina, at Florence. Cameron McGowan Currie, District
Judge. (CA-98-2284)

————————————

Submitted: November 4, 1999      Decided: November 9, 1999

————————————

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Jeffrey Roy Crosby, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina; Clifford Leon Welsh, North Myrtle Beach, South Carolina; Susan Taylor Wall, NEXSEN, PRUET, JACOBS, POLLARD & ROBINSON, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Roy Crosby appeals the district court's order denying relief on his complaint filed pursuant to 28 U.S.C. § 1331, 42 U.S.C. §§ 1983, 1985, 1986.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Crosby v. Baird, No. CA-98-2284 (D.S.C. June 16, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED